IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.,<br><br>    Plaintiffs,<br>v.<br><br>MADISON COATING COMPANY, INCORPORATED, an Illinois Corporation, d/b/a MADISON COATINGS INC.,<br>    Defendant. | No. 17 CV 4168<br><br>Judge Durkin<br><br>Magistrate Judge Finnegan |

## PLAINTIFFS' MOTION FOR JUDGMENT IN SUM CERTAIN

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, ANDREW S. PIGOTT and ARNOLD AND KADJAN LLP move this Court to enter judgment against Defendant in the amounts determined in its recent fringe benefit fund contribution compliance audits. In support of their Motion, the Plaintiffs state as follows:

1. This is an action to recover delinquent fringe benefit fund contributions and other amounts owed based on breaches of Collective Bargaining Agreements, and the applicable provisions of ERISA.

2. Plaintiffs served Defendant with their Complaint seeking an order commanding compliance with an ERISA fringe benefit contributions audit on June 25, 2017.

3. More than twenty-one passed after service of process and the Defendant did not answer or otherwise plead, leading this Court to grant Plaintiffs motion for entry of a default and issuance of an audit order. Defendant successfully moved the Court to vacate the default on August 14, 2017.

4. Plaintiffs' auditor completed her review of Defendant's books and records and issued

audit reports in February 2018, which Plaintiffs promptly provided to Defendant.

5. At the last hearing before this Court, on May 11, 2018, the Court ordered Defendant to answer Plaintiffs' Complaint by May 18, 2018.

6. Defendant has not complied with the Court's May 11 Order, nor has Defendant tendered any challenges to the audit's findings as promised at each status hearing subsequent to the issuance of the audit reports, nor responded to Plaintiffs' discovery issued May 7, 2018.

7. Defendant has abandoned the litigation.

8. According to the Declaration of Richard J. Wolf, Defendant is $95,350.02 in arrears to the Funds in contributions and wages. See Ex. A.

9. According to the Declaration of Andrew S. Pigott, Plaintiffs incurred at least $9,300.00 in attorneys' fees and costs in this matter, recoverable under ERISA, the Funds' Trust Agreements, and the Painters District Council 14 Collective Bargaining Agreement. See Ex. B.

WHEREFORE, ask this Court to enter the Order attached to this Motion as Exhibit C.

                              Respectfully submitted,

                              s/     Andrew S. Pigott
                              One of Plainitffs' attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANDREW S. PIGOTT
**ARNOLD & KADJAN, LLP**
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312)236-0415